# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| KENTANKUMAR CHAUDHARI<br>*Plaintiff(s)*<br>v.<br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:25-cv-716 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Doc. 4) filed March 25, 2026, plaintiff has failed to respond to the court's prior order and this case is DISMISSED without prejudice under F.R.C.P. Rule4(m).

Previously, pursuant to the court's Order (Doc. 3) filed December 3, 2025, plaintiff was to file proof of timely service on the defendant and United States, or show good cuse for the failure to serve process, on or before January 5, 2027. Plaintiff was warned should they fail to respond, the case would be dismissed under Rule 4(m).

Date: March 27, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 3/27/2026

/s/ Lisa Wright
*Signature of Clerk or Deputy Clerk*